# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. **18-00784MJ** |
| Ahmad Suhad Ahmad | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ahmad Suhad Ahmad,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. Section 842(p)(2)(B), Distribution of Information Relating to Explosives, Destructive Devices and Weapons of Mass Destruction.

Date: 10/26/2018

/s Eric Markovich
*Issuing officer's signature*

City and state: Tucson, AZ

Honorable Eric J. Markovich
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/26/18, and the person was arrested on *(date)* 10/26/18
at *(city and state)* Tucson, Arizona.

Date: 10/29/18

*Arresting officer's signature*

Jon Edwards, Special Agent
*Printed name and title*