ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Kevin C. Hakala
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: kevin.hakala@usdoj.gov
Attorneys for Plaintiff

FILED
2018 NOV 20 PM 4:40
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

RCC(LCK)

United States of America,

Plaintiff,

vs.

Ahmad Suhad Ahmad,

Defendant.

CR 18-2417 TUC

INDICTMENT

Violations:

21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Heroin)
Count 1

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)
(Possession with Intent to Distribute Heroin; Aiding and Abetting)
Count 2

18 U.S.C. § 842(p)(2)(A)
(Distribution of Information Relating to Explosives, Devices and Weapons of Mass Destruction)
Count 3

18 U.S.C. § 842(p)(2)(A)
(Distribution of Information Relating to Explosives, Devices and Weapons of Mass Destruction)
Count 4

///

///

**THE GRAND JURY CHARGES:**

**COUNT 1**

From on or about January 1, 2017, to on or about March 30, 2017, at or near Tucson, and elsewhere, in the District of Arizona, AHMAD SUHAD AHMAD, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about February 27, 2017, at or near Tucson, in the District of Arizona, AHMAD SUHAD AHMAD did knowingly and intentionally possess with intent to distribute less than 100 grams of heroin, that is approximately 45.3 grams of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 3**

From on or about March 24, 2017, to on or about April 26, 2017, at or near Tucson, in the District of Arizona, and elsewhere, AHMAD SUHAD AHMAD, did knowingly teach and demonstrate the making and use of an explosive, destructive device, and weapon of mass destruction and distribute by any means information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, AHMAD SUHAD AHMAD provided an individual with homemade bomb recipes and taught an individual how to construct remote-detonating bombs, with the intent that the teaching, demonstration, and information be used for, and in furtherance of, an activity that constitutes a federal crime of violence, to wit, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a(a);

All in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

**COUNT 4**

From on or about April 26, 2017, to on or about June 7, 2017, at or near Tucson, in the District of Arizona, AHMAD SUHAD AHMAD, did knowingly teach and demonstrate the making and use of an explosive, destructive device, and weapon of mass destruction and distribute by any means information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, AHMAD SUHAD AHMAD taught an individual how to construct a laptop computer bomb, with the intent that the teaching, demonstration, and information be used for, and in furtherance of, an activity that constitutes a federal crime of violence, to wit, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a(a);

All in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

A TRUE BILL

s/
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

**/ S /**

Assistant U.S. Attorney

Dated: November 20, 2018

**REDACTED FOR PUBLIC DISCLOSURE**