JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone:  (520) 879-7500
*walter_goncalves@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ahmad Suhad Ahmad,<br><br>Defendant. | CR18-02417-TUC-RCC (LCK)<br><br>**MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER OF DETENTION** |

### I.    Introduction

Ahmad Suhad Ahmad was arrested in late October 2018, one month after his release from Arizona State prison on charges of drug possession. At his initial appearance a detention hearing was set. It ultimately took place on Friday, November 2. The court took the matter under advisement and issued decision dated November 11, 2018 (See Doc. 19). This is a motion for a review of that order.

### II.    Argument

Mr. Ahmad is not a risk of flight nor a danger to the community, despite arguments made by the government and the court's written decision. As such, he should be released from custody.

1

### III. Law and analysis

*1. The nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a Federal crime of terrorism, or destructive device*

The two crimes charged are allegations he built and gave instructions to others on how to build explosive devices. According to the government's proffer, two devices were built. At this stage of the case, Mr. Ahmad has not reviewed any evidence. The disclosure is forthcoming, including the availability of any physical evidence. There are also charges that Mr. Ahmad sold an amount of heroin to government sources.

*2. The weight of the evidence against the person*

The devices were not operable. There is no information whether the devices were well-built, or if Mr. Ahmad even knew what he was doing. On the other hand, the weight of the evidence is the least important factor as the case is still its early stage.

*3. The history and characteristics of the person, including*

*A. The person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings*

Mr. Ahmad had a religious awakening while in custody for the Arizona drug offenses. Mr. Ahmad used methamphetamine during the time of the allegations and was not thinking clearly. He has been clean and sober for over a year and a half. Despite his sobriety, Mr. Ahmad understands that he would be monitored for drug use on Pre-Trial Services supervision.

Today, Mr. Ahmad wakes up at 5 AM every day and prays. He attends Mosque services every Friday. He obtained employment as a mechanic within two days of release from prison. Mr. Ahmad behaved so well while in the Arizona Department of Corrections that he received time off for early release and was sent to a low level detention camp in Marana. Mr. Ahmad is in good physical condition despite his past cancer treatments. There are no physical or mental health problems.

Mr. Ahmad's fiancé lives in Tucson with their 2 year old child. Mr. Ahmad has two children in Phoenix, who reside with his ex-wife. Mr. Ahmad care deeply for all of his children and is actively involved in their lives. In fact, Mr. Ahmad was returning with his children and fiancé from Phoenix when FBI agents called to confirm his arrest. The family, including the children, watched his arrest at the apartment complex where his fiancé lives. If Mr. Ahmad was a flight risk he would have run away as he had advance notice of the charges.

Mr. Ahmad has lived in Arizona since 2008 and is amenable to house arrest and wearing an ankle monitor. These options are available to the court. Mr. Ahmad has no record for failure to appear in court.

> B. *Whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law*

Although Mr. Ahmad was on probation during the spring of 2017 he changed his life.

> C. *The nature and seriousness of the danger to any person or the community that would be posed by the person's release*

3

Despite allegations by the government and findings made by the court, Mr. Ahmad does not pose a danger to the community. He was entrapped by government sources and undercover agents. This is a subject for defense investigation. The government failed to file a writ while Mr. Ahmad was in the Arizona Department of Corrections to bring him immediately to federal custody. Whether this was done for investigative purposes or not is of no consequence. Mr. Ahmad behaved responsibly during the month of October.

### IV.     Conclusion

For all of the reasons explained above, this court should review the detention order and release Mr. Ahmad on appropriate conditions.

RESPECTFULLY SUBMITTED this 10th day of December 2018.

JON M. SANDS
Federal Public Defender

s/ Walter I. Gonçalves, Jr.
WALTER I. GONÇALVES, JR.
Assistant Federal Public Defender

*The above signed does hereby certify that on the above date, he electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

Beverly K Anderson
Kevin Hakala
Assistant U.S. Attorney