Okay

My name is Ahmad I was born in 1988 in Bagdad Iraq I was Raised By my mother & father my father was killed in Iraq after that my family reloacted in the United States I come from a long history of bussinesses oriented in my family so I learned young how to run my own bussiness. I am married with 4 children & have the responsiability of taken care of my mother and my sister. Therefor I was experminted with drugs & caught up on Probation then I violated my Probation & got 2 yrs in D.O.C. and ended up here in Marana Treatment center which has opened my eyes to what is most important in my life which is my staying clean & sober & focus on my Responsibilt which is my family, my children & my bussiness

I realize in order for myself to stay out of Prison, I have to change my way of thinking & Places I hang out. & continue working on spending my time with my family & my God & stay on my spirtual Path

Ahmad Ahmad
07/30/18



*Success for Life®*

# Management & Training Corporation

does hereby certify that

# Ahmad Ahmad

325636

has successfully completed all of the requirements for

### Victim Impact

on September 21, 2018

_____  _____
Programs Specialist              Programs Manager

Stephon W. Maleberger
B.A., LISAC 0768



# Management & Training Corporation

does hereby certify that

# Ahmad Ahmad

325636

has successfully completed all of the requirements for

### ADOC Pre-Release

on September 14, 2018

_____ 10692    _____
Programs Specialist         Programs Manager

DOC mandated class utilizing Merging Two Worlds Curriculum. Meets 16 sessions, 2 hours each.



## Management & Training Corporation

does hereby certify that

# Ahmad Ahmad

325636

has successfully completed all of the requirements for

### Adult Basic Education 1

on March 30, 2018

_____  
ABE Instructor

_____  
Programs Manager



## Management & Training Corporation

does hereby certify that

# Ahmad Ahmad

has successfully completed all of the requirements for

## Moderate Substance Abuse Treatment

on August 28, 2018

_____  
S. Hall BS, LISAC  
Substance Abuse Specialist LISAC-1312

_____  
Programs Manager



MARANA COMMUNITY CORRECTIONAL TREATMENT FACILITY
12610 West Silverbell Road
Marana, Arizona 85653
Tel: 520-682-2077   Fax: 520-682-26

## Moderate Substance Abuse Program

### Completion Letter

**Name:** Ahmad Ahmad                **ID#:** 325636

**Enrollment Date:** February 26, 2018   **Departure Date:** August 28, 2018

This is to certify that the above name inmate successfully completed the following treatment activities at the Marana Community Correctional Treatment Facility. All treatment classes, individual session and group therapy focused on substance abuse and recovery process issues. ASP-Marana is state licensed by the Arizona Department of Health Services as an outpatient behavioral health program.

| 1.  | Definitions, Terms, and Self-Diagnosis      | 11 | Anger and Communication           |
|-----|---------------------------------------------|----|-----------------------------------|
| 2.  | Alcohol and Other Drug Education            | 12 | Relapse Prevention                |
| 3.  | Triggers, Cravings, and Avoiding Relapse    | 13 | Introduction to Self-Help Groups  |
| 4.  | Planning for Sobriety                       | 14 | The Twelve Steps                  |
| 5.  | Alcohol and Tobacco                         | 15 | Sexually Transmitted Diseases     |
| 6.  | Spirituality                                | 16 | Focus on AIDS                     |
| 7.  | Sex, Drugs, and Alcohol                     | 17 | Nutrition and Exercise            |
| 8.  | Stress and Emotional Well-Being             | 18 | Physical Wellness                 |
| 9.  | Skills for Reducing Stress                  | 19 | Problem Solving                   |
| 10. | Negative Emotions                           |    |                                   |

Program Completion= 84 hours.

Inmate Ahmad participation frequently, completed a substance use history, and a relapse prevention plan. He has completed all requirements for the moderate substance abuse program.

_S. Ifell BS, LISAC_                                    8-28-18
5-16-14     **Counselor**                              **Date**