JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone: (520) 879-7500
*walter_goncalves@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR18-02417-TUC-RCC (LCK) |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL AND PLEA DEADLINE** |
| vs. | |
| Ahmad Suhad Ahmad, | **(Second Request. No Objection)** |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Defendant, Ahmad Suhad Ahmad, by and through counsel, hereby requests a **(60) sixty-day** continuance of the plea deadline set for March 1, 2019 and trial date scheduled for March 19, 2019. This request is based on the following:

1. Defense counsel requires additional time to review the government's disclosure in this matter.
2. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i).
3. Assistant United States Attorney Kevin C. Hakala has been contacted and does not oppose this request.

1     RESPECTFULLY SUBMITTED this 22nd day of February 2019.

                                JON M. SANDS
                                Federal Public Defender

                                *s/ Walter I. Gonçalves, Jr.*
                                WALTER I. GONÇALVES, JR.
                                Assistant Federal Public Defender

*The above signed does hereby certify that on the above date, he electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

Beverly K Anderson
Kevin C. Hakala
Assistant U.S. Attorney