JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone:  (520) 879-7500
*walter_goncalves@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>Ahmad Suhad Ahmad,<br><br>            Defendant. | CR18-02417-TUC-RCC (LCK)<br><br>**MOTION TO CONTINUE<br>STATUS CONFERENCE HEARING**<br><br>**(First Request. No Objection)** |

Defendant, Ahmad Suhad Ahmad, by and through counsel, hereby requests a continuance of the Status Conference hearing from May 9, 2019 at 11:30 a.m. to **May 13, 2019 at 11:00 a.m. before the Honorable Magistrate Lynnette C Kimmins.** This request is based on the following:

1. Undersigned counsel is unavailable on May 9, 2019.

2. Assistant United States Attorney Beverly K Anderson and Kevin C. Hakala have been contacted and do not oppose this request.

RESPECTFULLY SUBMITTED this 1ST day of May 2019

                        JON M. SANDS
                        Federal Public Defender

                        *s/ Walter I. Gonçalves, Jr.*
                        WALTER I. GONÇALVES, JR.
                        Assistant Federal Public Defender

1  *The above signed does hereby certify that on the above date, he electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of*
2  *a Notice of Electronic Filing to the following CM/ECF registrants:*
3
   Beverly K Anderson
4  Kevin C. Hakala
   Assistant U.S. Attorney
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28