1  JON M. SANDS
   Federal Public Defender
2  **WALTER I. GONÇALVES, JR.**
   Assistant Federal Public Defender
3  State Bar No. 023659
   407 W. Congress St., Suite 501
4  Tucson, AZ 85701
   Telephone: (520) 879-7500
5  *walter_goncalves@fd.org*
   Attorney for Defendant
6

7                IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF ARIZONA

9
   United States of America,                    CR18-02417-TUC-RCC (LCK)
10
                    Plaintiff,                **MOTION TO EXTEND TIME
11                                            TO FILE REQUEST FOR
               vs.                          DISCLOSURE AND PRETRIAL
12                                                  MOTIONS**
   Ahmad Suhad Ahmad,
13                                          **(Second Request. No Objection)**
                    Defendant.
14

15         Defendant, Ahmad Suhad Ahmad, by and through counsel, hereby requests a **(45)**

16  **forty-five-day** extension of time to file him Disclosure Request and Pretrial Motions

17  currently due on July 12, 2019 and July 26, 2019 respectively. This motion is based on the

18  following:

19

20      1. Undersigned counsel needs additional time to review disclosure, meet with

21         defendant and prepare pretrial motions.

22      2. The prosecutor is still in the process of disclosing material evidence under 404(b)

23         which the defense needs to finish assessing its case.

24      3. Assistant United States Attorney Kevin C. Hakala has been contacted and does not

25         oppose this request.

26

27  *//*

28

                                   1

RESPECTFULLY SUBMITTED this 12th day of July 2019.

JON M. SANDS
Federal Public Defender

*s/ Walter I. Gonçalves, Jr.*
WALTER I. GONCALVES, JR.
Assistant Federal Public Defender

*The above signed does hereby certify that on the above date, he electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

Beverly K Anderson
Kevin C. Hakala
Assistant U.S. Attorney