JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone:  (520) 879-7500
*walter_goncalves@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Ahmad Suhad Ahmad,<br><br>　　　　Defendant. | CR18-02417-TUC-RCC (LCK)<br><br>**MOTION TO EXTEND TIME TO FILE REQUEST FOR DISCLOSURE AND PRETRIAL MOTIONS**<br><br>**(Fourth Request. No Objection)** |

　　　Defendant, Ahmad Suhad Ahmad, by and through counsel, hereby requests a **(60) sixty-day** extension of time to file him Disclosure Request and Pretrial Motions currently due on September 25, 2019 and October 9, 2019 respectively.  This motion is based on the following:

1. Undersigned counsel needs additional time to review disclosure, investigate the case and prepare pretrial motions.
2. The ends of justice served by this continuation outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i).
3. Assistant United States Attorney Kevin C. Hakala has been contacted and does not oppose this request.

1

RESPECTFULLY SUBMITTED this 10th day of October 2019.

JON M. SANDS
Federal Public Defender

*s/ Walter I. Gonçalves, Jr.*
WALTER I. GONÇALVES, JR.
Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Beverly K Anderson
Kevin C. Hakala
Assistant U.S. Attorney