JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone: (520) 879-7500
*walter_goncalves@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ahmad Suhad Ahmad,<br><br>Defendant. | CR18-02417-TUC-RCC (LCK)<br><br>**MOTION TO CONTINUE<br>TRIAL AND PLEA DEADLINE**<br><br>**(Fifth Request. No Objection)** |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Defendant, Ahmad Suhad Ahmad, by and through counsel, hereby requests a **(60) sixty-day** continuance of the plea deadline set for October 25, 2019 and trial date scheduled for November 13, 2019. This request is based on the following:

1. Counsel needs additional time to review disclosure and investigate the case.
2. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i).
3. Assistant United States Attorney Kevin C. Hakala has been contacted and does not oppose this request.

RESPECTFULLY SUBMITTED this 10th day of October 2019.

JON M. SANDS
Federal Public Defender

*s/ Walter I. Gonçalves, Jr.*
WALTER I. GONÇALVES, JR.
Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Beverly K Anderson
Kevin C. Hakala
Assistant U.S. Attorney