IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-02417-001-TUC-RCC (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Ahmad Suhad Ahmad, | |
| Defendant. | |

This matter having been referred for a second pretrial status conference pursuant to FED.R.CRIM.P.50 and LRCIV. 7.2(a) and LRCRIM.12.1, Rules of Practice of the U.S. District Court for the District of Arizona;

**IT IS ORDERED** that a Pretrial Status Conference is set for Monday, October 28, 2019 at 10:00 a.m. before U.S. Magistrate Judge Lynnette C Kimmins, Courtroom 5F.

**IT IS FURTHER ORDERED** that before the status conference, counsel shall meet and confer in good faith to discuss discovery, disclosure and any other matter which will aid in the prompt disposition of this case.

Dated this 15th day of October, 2019.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge