IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-2417-TUC-RCC (LCK) |
|---|---|
| Plaintiff, | AMENDED ORDER |
| vs. | |
| Ahmad Suhad Ahmad, | |
| Defendant. | |

The Court has reviewed the Defendant's Motion for Leave to File Excess Pages in Motion to Dismiss Indictment (Doc. 98), and good cause appearing,

IT IS ORDERED the Court's Order granting the motion (Doc. 103) is Amended. The defendant's Motion for Leave to File Excess Pages in Motion to Dismiss Indictment (Doc. 98) is Granted and the lodged pleading, Defendant's Motion to Dismiss shall be filed.

Dated this 17th day of June, 2020.

Honorable Raner C. Collins
Senior United States District Judge