# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
AUG - 4, 2020
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America,
PLAINTIFF,

vs.

Ahmad Suhad Ahmad
DEFENDANT.

CR 18-02417-TUC-RCC (LCK)

# WITNESS LIST

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| RANER C. COLLINS | Sherry Gammon | Anni Bryan |
| HEARING DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| Motions Hearing: Motion to Dismiss for Outrageous Government Conduct 8/4/2020 at 10:30 AM | Erica L. Seger, AUSA  Nicole P. Savel, AUSA | Walter Ivan Goncalves, Jr.  Jordan Malka |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 |  | 8/4/2020 | 8/4/2020 | Special Agent Christopher Barrett, FBI |  |
| 2 |  | 8/4/2020 | 8/4/2020 | Special Agent (retired) Miguel Deltoro, FBI | ✓ |