

LODGED
RECEIVED          COPY

AUG − 4 2020

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY                          DEPUTY

*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

United States of America,
    PLAINTIFF,

    vs.

Ahmad Suhad Ahmad,
    DEFENDANT.

CR 18-02417-TUC-RCC (LCK)

***EXHIBIT LIST***

| PRESIDING JUDGE<br>Judge Raner C Collins | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Anni Bryan |
|---|---|---|
| Motions Hearing:<br>Motion to Dismiss for<br>Outrageous Government<br>Conduct<br>8/4/2020 at 10:30 AM | PLAINTIFF ATTORNEY(S)<br>Erica L. Seger , AUSA<br>Nicole P Savel, AUSA | DEFENDANT ATTORNEY(S)<br>Walter Ivan Goncalves, Jr.<br>Jordan Malka |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | 8/4/2020 | 11/16/16 CHS Report (Serials 1-2) |
| 2 | | 8/4/2020 | 12/3/16 Transcript of CHS and Defendant (41-47) |
| 3 | | 8/4/2020 | 12/7/16 Transcript ( 136-139) |
| 4 | | 8/4/2020 | 12/17/16 Transcript (178-183) |
| 5 | | 8/4/2020 | 12/22/16 Transcript (215-218) |
| 6 | | 8/4/2020 | 01/02/17 Transcript ( 113-119) |
| 7 | | 8/4/2020 | 01/30/17 Transcript (251-265) |
| 8 | | 8/4/2020 | 02/01/17 Production (Serials 83-84) |
| 9 | | 8/4/2020 | 02/08/17, 02/11/17 Transcript (298-301) |
| 10 | | 8/4/2020 | 02/15/17 Transcript (306-319) |
| 11 | | 8/4/2020 | 02/16/17 Transcript (321-323) |
| 12 | | 8/4/2020 | 02/27/17 Transcript (225-236) |
| 13 | | 8/4/2020 | 03/6/17 Production (Serial 102) |
| 14 | | 8/4/2020 | 03/7/17 Transcript (339-346) |
| 15 | | 8/4/2020 | 03/17/17 Transcript (522-523) |
| 16 | | 8/4/2020 | 3/24/17 Transcript (537-549) |

| 17 | | 8/4/2020 | 4/4/17 Transcript (Serials 437-499) |
| 18 | | 8/4/2020 | 4/11/17 Transcript (670-697) |
| 19 | | 8/4/2020 | 4/19/17 Transcript (820-833) |
| 20 | | 8/4/2020 | 6/3/17 Transcript (1699-1705, 1719-1720) |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |