

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA



UNITED STATES OF AMERICA

v.

Ahmad Suhad Ahmad

**DEFENDANT'S EXHIBIT LIST**

CR18-2417-TUC-RCC

| PRESIDING JUDGE<br>Honorable Raner C. Collins | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Anni Bryan |
|---|---|---|
| HEARING DATE(S)<br>August 4, 2020 | PLAINTIFF ATTORNEY(S)<br>Nicole Savel & Erica Seger, AUSA's | DEFENDANT ATTORNEY(S)<br>Jordan P. Malka & Walter Goncalves, AFPD's |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 100 | 8/4/2020 | FBI Report by Curtis Bret, 09/29/16 (Gvt Disclosure # 832) |
| | 101 | 8/4/2020 | Reported Pipe Bomb Purchaser (Gvt Disclosure # 1357) |
| | 102 | 8/4/2020 | FBI Report by Matthew Lightfoot, 05/09/17 (Gvt Disclosure # 1337-1342) |
| | 103 | 8/4/2020 | FBI Report by Christopher Bret, 10/18/16 (Gvt Disclosure # 852) |
| | 104 | 8/4/2020 | Photo of Car Yard (Gvt Disclosure # 1323) |
| | 105 | 8/4/2020 | Letter from FBI to the DOD, 01/27/17 (Gvt Disclosure # 1334) |
| | 106 | 8/4/2020 | FBI Report by Frank Leyva, 10/07/16 (Gvt Disclosure # 1312) |
| | 107 | 8/4/2020 | Image FBI Report (Gvt Disclosure #1304) |
| | 108 | 8/4/2020 | Image, Google Maps |
| | 109 | 8/4/2020 | Handwritten Notes (Gvt Disclosure # 1305) |
| | 110 | 8/4/2020 | Drawing (Gvt Disclosure # 1307) |
| | 111 | 8/4/2020 | Mohammed Ahmad Photo (Gvt Disclosure #836 |
| | 112 | 8/4/2020 | Google Maps Image question #25 August 2016 |
| | 113 | 8/4/2020 | FBI Report by Rice Eric John, 10/20/16 (Gvt Disclosure # 853-857) |
| | 114 | 8/4/2020 | Photo (Gvt Disclosure # 873) |
| | 115 | 8/4/2020 | FBI Report by Miguel Del Toro, 10/21/16 (Gvt Disclosure # 1310-1311) |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 116 | 8/4/2020 | PCSD Incident Report, 11/3/16 (Gvt Disclosure # 938-945) |
| | 117 | 8/4/2020 | FBI Report re: TPD Arrest (Gvt Disclosure # 9) |
| | 118 | 8/4/2020 | USA Today Article, 12/4/18 |
| | 119 | 8/4/2020 | Official Report, Arrest Report, 11/26/16 (Gvt Disclosure # 29-30) |
| | 120 | 8/4/2020 | FBI Report by Stacey Gutierrez, 8/4/17 (Gvt Disclosure #258) |
| | 121 | 8/4/2020 | FBI Report by Curtis Bret, 3/29/17 (Gvt Disclosure # 1029) |
| | 122 | 8/4/2020 | Transcript (Gvt Disclosure # 1D14, 02/27/17) |
| | 123 | 8/4/2020 | FBI Report by Stacey Gutierrez (Gvt Disclosure #96-97) |
| | 124 | 8/4/2020 | Text Messages (Gvt Disclosure #1512-1617) |
| | 125 | 8/4/2020 | Text Messages (Gvt Disclosure #1560-1566) |
| | 126 | 8/4/2020 | FBI Report by Stacey Gutierrez, 3/22/17 (Gvt Disclosure #102) |
| | 127 | 8/4/2020 | FBI Report by Stacey Gutierrez, 1/17/17 (Gvt Disclosure #61-62) |
| | 128 | 8/4/2020 | Transcript (Gvt Disclosure 1D16, 3/4/17) |
| | 129 | 8/4/2020 | Transcript (Gvt Disclosure ID22, 3/15/17) |
| | 130 | 8/4/2020 | Transcript (Gvt Disclosure ID22, 3/17/17) |
| | 131 | 8/4/2020 | Transcript (Gvt Disclosure ID22, 3/24/17) |
| | 132 | 8/4/2020 | FBI Report by Stacey Gutierrez, 4/5/17 (Gvt Disclosure # 114) |
| | 133 | 8/4/2020 | Transcript (Gvt Disclosure ID24, 3/29/17) |
| | 134 | 8/4/2020 | Transcript (Gvt Disclosure ID24, 4/4/17) |
| | 135 | 8/4/2020 | Transcript (Gvt Disclosure ID24, 4/11/17-4/13/17) |
| | 136 | 8/4/2020 | Transcript (Gvt Disclosure, 1413-1649, 6/7/17) |
| | 137 | 8/4/2020 | Transcript (Gvt Disclosure #497) |
| | 138 | 8/4/2020 | FBI Report by Christopher Barrett, 6/28/17 (Gvt Disclosure #1384) |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 139 | 8/4/2020 | FBI Report by Miguel DelToro, 10/21/16 (Gvt Disclosure 1310-1311, 10/21/16) |
| | 140 | 8/4/2020 | FBI Report by Miguel DelToro, 11/17/16 (Gvt Disclosure 1-2, 11/16/2016) |
| | 141 | 8/4/2020 | FBI Report by Miguel DelToro, 2/13/17 (Gvt Disclosure 82) |
| | 142 | 8/4/2020 | FBI Report by Miguel DelToro, 2/13/17 (Gvt Disclosure 81) |
| | 143 | 8/4/2020 | FBI Report by Miguel DelToro, 2/13/17 (Gvt Disclosure 83) |