Petition12C – Rev. 6/18

## UNITED STATES DISTRICT COURT
## for
## Arizona
## Petition for Warrant to Revoke Supervised Release


☒ FILED  ☐ LODGED
**Feb 04 2026**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Name of Offender: | **Ahmad Suhad Ahmad** | Case No.: **CR-18-02417-001-TUC-RCC (LCK)** |
| Name of Judicial Officer: | **The Honorable Raner C. Collins**<br>**Senior United States District Judge** | <span style="color:red">**T-SEALED**</span> |
| Date of Original Sentence: | **1/5/2021** | |
| Original Offense: | **Count Two (2): Possession with Intent to Distribute Heroin, in violation of Title 21, U.S.C. §841(a)(1) and (b)(1)(C), a Class C Felony**<br>**Count Three (3): Distribution of Information Relating to Explosives, Devices and Weapons of Mass Destruction, in violation of Title 18, U.S.C. § 842(p)(2)(A), a Class C Felony** | |
| Original Sentence: | **41 months Bureau of Prisons, 60 months supervised release** | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **9/22/2021**<br>Date Supervision Expires: **9/21/2026** |
| Assistant U.S. Attorney: | **Fredrick Allen Cocio**<br>**520-620-7300** | Defense Attorney: **Walter Ivan Goncalves**<br>**520-879-7500** |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Ahmad Suhad Ahmad has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Mandatory Condition #3** which states, You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

1. On or about September 23, 2025, Ahmad used amphetamine and methamphetamine as evidenced by Abbott Drug Test Report from Alere Toxicology Services for Specimen Number B05496828 and testimony from the U.S. Probation Officer. Grade C violation. §7C1.1(a)(3).

CC: USM, AUSA, PROB

2. On or about September 26, 2025, Ahmad used amphetamine and methamphetamine as evidenced by Abbott Drug Test Report from Alere Toxicology Services for Specimen Number B05496834 and testimony from the U.S. Probation Officer. Grade C violation. §7C1.1(a)(3).

3. On or about November 13, 2025, Ahmad used methamphetamine, as evidenced by his written admission and testimony from the U.S. Probation Officer. Grade C violation §7C1.1(a)(3).

4. On or about November 26, 2025, Ahmad used amphetamine and methamphetamine as evidenced by Abbott Drug Test Report from Alere Toxicology Services for Specimen Number B05496900 and testimony from the U.S. Probation Officer. Grade C violation. §7C1.1(a)(3).

5. On or about December 26, 2025, Ahmad used amphetamine as evidenced by Abbott Drug Test Report from Alere Toxicology Services for Specimen Number B05496924 and testimony from the U.S. Probation Officer. Grade C violation. §7C1.1(a)(3).

6. On or about January 2, 2026, Ahmad used amphetamine and methamphetamine as evidenced by Abbott Drug Test Report from Alere Toxicology Services for Specimen Number B05496941 and testimony from the U.S. Probation Officer. Grade C violation. §7C1.1(a)(3).

7. On or about January 12, 2026, Ahmad used amphetamine and methamphetamine as evidenced by Abbott Drug Test Report from Alere Toxicology Services for Specimen Number B05496937 and testimony from the U.S. Probation Officer. Grade C violation. §7C1.1(a)(3).

Revocation is mandatory 18 U.S.C. § 3583(g)(3)

B **Special Condition #1** which states, You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

1. On or about September 15, 2025, Ahmad submitted a urine specimen for testing that was diluted, as evidenced by testimony from the U.S. Probation Officer and laboratory results from the New Mexico U.S. Probation and Pretrial Services Drug Laboratory.  Grade C violation. §7C1.1(a)(3).

2. On or about August 21, 26, and 29, 2025, November 3, 2025, and December 12, 2025, Ahmad failed to complete substance abuse tests. This allegation is evidence by testimony from the U.S. Probation Officer.  Grade C violation §7C1.1(a)(3). Revocation is mandatory 18 U.S.C. § 3583(g)(3)

C      **Special Condition #7** which states, You must participate as instructed by the probation officer in a program of substance abuse treatment, which may include testing for substance abuse. If substance use treatment includes inpatient treatment and you object, the probation officer must seek court authorization first. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

1. On or about December 9, 2025, Ahmad failed to attend Intensive Outpatient Treatment (IOP) groups as evidenced by testimony from the U.S. Probation Officer. Grade C violation §7C1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Ahmad Suhad Ahmad has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Ahmad Suhad Ahmad will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| | |
|---|---|
| *[signature]* | 2/4/2026 |
| Corinne Encinas | Date |
| U.S. Probation Officer | |
| Office:  520-205-4480 | |
| Cell:  520-780-6765 | |
| *[signature]* | 2/4/2026 |
| Jordan H. Gaiser | Date |
| Supervisory U.S. Probation Officer | |
| Office:  520-205-4261 | |
| Cell:  520-753-1290 | |

Page 4
RE: Ahmad Suhad Ahmad
Petition to Revoke Supervised Release
February 4, 2026

The Court Orders

- [ ] No Action
- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

_____  2/4/2026
The Honorable Raner C. Collins      Date
Senior United States District Judge